

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00203-CV

ALAN W. CATTLETT                                                    APPELLANT

V.

BANK OF AMERICA, N.A., AS                                            APPELLEE
TRUSTEE FOR THE
STRUCTURED ASSET
INVESTMENT LOAN TRUST,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2004-8

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On February 14, 2013, we notified appellant that his brief had not been

filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R.

App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution

---

[1]*See* Tex. R. App. P. 47.4.

unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.


PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: March 7, 2013